## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| SUSAN FRATTAROLA; ANNA MAY LAMPART; CASSANDRA RUFF and PAMELA KIMBLE-ARMSTRONG, on behalf of themselves and all other employees similarly situated<br><br>v.<br><br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA; MERCY CATHOLIC MEDICAL CENTER OF SOUTHEASTERN PENNSYLVANIA; MERCY FITZGERALD HOSPITAL; MERCY PHILADELPHIA HOSPITAL; MERCY SUBURBAN HOSPITAL; NAZARETH HOSPITAL; ST. AGNES CONTINUING CARE CENTER; H. RAY WELCH, JR. and ELYSE A. KAPLAN | CIVIL ACTION NO. 09-5533<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Mercy Philadelphia Hospital<br>c/o H. Ray Welch, Jr.<br>Lansdowne Ave. & Baily Rd.<br>Darby, PA 19023 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address):

Justin M. Cordello, Esq.
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: 11/19/09 |
|---|---|
| (By) Deputy Clerk<br>PATRICIA A. JONES | |

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me⁽¹⁾ *See Attached List*

DATE: *11-30-09 @ 11:05 AM*

NAME OF SERVER (PRINT): *Nelson Wisman*

TITLE: *Process Server*

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *1 West Elm St. Conshohocken PA*
*Accepted by: Arlene Marinari - Administrative Assistant*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *11-30-09*
Date

Signature of Server

Address of Server

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Documents Served

1. Civil Cover Sheet
2. Case Management Track Designation Form
3. Designation Form
4. Notice of Consent to Proceed Before Magistrate Judge
5. Summons
6. Complaint- Class Action and Demand for Jury Trial
7. Plaintiffs' Motion for Expedited Notice to Affected Employees
8. Proposed Order Granting Plaintiffs' Motion for Expedited Notice to Affected Employees
9. Plaintiffs' Memorandum of Law in Support of Motion for Expedited Notice to Affected Employees
10. Affirmation of Justin M. Cordello in Support of Motion for Expedited Notice to Affected Employees with Attached Exhibits
11. Affirmation of Sylvia Kraus-Lewicka in Support of Motion for Expedited Notice to Affected Employees
12. Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees
13. Proposed Order Granting Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees
14. Plaintiffs' Memorandum of Law in Support of Motion for an Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees
15. Affirmation of Justin M. Cordello in Support of Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees