IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN FRATTAROLA, et al.,<br>     Plaintiffs,<br>v.<br><br>MERCY HEALTH SYSTEM OF<br>SOUTHEASTERN PENNSYLVANIA, et al.,<br>     Defendants. | CIVIL NO.   09-cv-5533 |

# ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1) Defendants' Motion to Dismiss is **GRANTED** [doc. no. 146]; and

2) In view of the dismissal, the following motions are **DENIED AS MOOT**

   a) Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 114];[1] and,

   b) Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 117]; and,

   c) Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 150].

3) The Plaintiffs' request for leave to amend is **GRANTED.** The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] This motion was improperly docketed as a "Motion to Certify."